Ethel Cronin, plaintiff in error, v. Frank Cronin, defendant in error. Gen. No. 32,611.

Opinion filed October 11, 1928.

William J. Grace, for plaintiff in error. Henry B. Evans, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.